[No. 62943-9.  En Banc.]
Argued June 11, 1996.     Decided February 20, 1997.

SANDRA S. NELSON, *Appellant*, v. McCLATCHY NEWPAPERS, INC., ET AL., *Respondents*.

The opinion in the above captioned case which appeared in the advance sheets at 131 Wn.2d 279-309 has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Supreme Court dated May 8, 1997. The opinion, as modified, appears at 131 Wn.2d 523.